Duy Thai, SBN 157345
DThai@gammalaw.com
Marco Martemucci, SBN 287397
MMartemucci@gammalaw.com
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorneys for Plaintiff
Shueisha Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to X CORP. | Case No.:<br><br>**DECLARATION OF HIROYUKI NAKAJIMA IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF AN X CORP. CUSTOMER PURSUANT TO 17 U.S.C. § 512(h)** |

I, Hiroyuki Nakajima, declare as follows:

1. I am an attorney with the law firm Tokyo Flex Law Office, copyright counsel for Shueisha Inc. ("Shueisha"). I make this declaration in support of Shueisha's request for the clerk of the District Court for the Northern District of California to issue the subpoena filed concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto.

2. I am duly authorized by Shueisha to make this request on Shueisha's behalf.

3. Shueisha is a leading entertainment publishing company headquartered in Japan. Among other things, the company specializes in the publication and distribution of Japanese comics

DECLARATION OF HIROYUKI NAKAJIMA - 1

known as "mangas," in both tangible and digital media. Numerous titles published by Shueisha have achieved a high degree of popularity worldwide, including in the United States.

4. Shueisha recently discovered that some of its mangas, to which Shueisha owns the copyrights, have been in whole or in part copied, published, displayed, and/or distributed without its authorization by anonymous internet users using the social media platform "X" platform (formerly known as Twitter) owned and operated by X Corp. URLs containing the infringing content are identified in the DMCA notice Shueisha sent to X Corp. on May 2, 2024, a true and correct copy of which is attached hereto as **Schedule 1** (the "DMCA Notice").

5. Upon information and belief, X. Corp. provides content delivery services enabling the unauthorized reproduction and distribution of Shueisha's copyrighted works using the URLs identified in the DMCA Notice.

6. Upon information and belief, X Corp.'s policies require a subpoena or court order to compel the company to disclose information about an X user or account used in furtherance of the infringement of another's copyrights.

7. The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringer(s) described in the DMCA Notice and such information will only be used for the purpose of protecting Shueisha's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 21, 2024 in Tokyo, Japan.

By: *Hiroyuki Nakajima*
Hiroyuki Nakajima