# SCHEDULE 1

(DMCA Notice)

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３３５３—３５２１
MAlL abuse.flex.law.group@gmail.com
Attorney for Shueisha Inc.

May 2, 2024

**Via Email**
X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Email: copyright@x.com

      *RE:*    **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
                **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at
https://twitter.com/spoilerplus/,https://twitter.com/mangaraw_jp/,
more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shueisha  has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from
https://twitter.com/spoilerplus/,https://twitter.com/mangaraw_jp/,
or any of your system or services.

May 2, 2024

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Page 3 of 3

Extibit A

|   | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://twitter.com/spoilerplus/status/1783339257710715006 | ONE PIECE |
| 2 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://twitter.com/spoilerplus/status/1783339359166669052 | ONE PIECE |
| 3 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://twitter.com/spoilerplus/status/1783339685777191339 | ONE PIECE |
| 4 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://twitter.com/mangaraw_jp/status/1783125548216229948 | ONE PIECE |
| 5 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://twitter.com/mangaraw_jp/status/1784758696847061382 | ONE PIECE |

EXHIBIT A

1 of 1